JOHN REEDER REEVES, respondent,

*v.*

MARGARET D. REEVES, appellant.

[Decided October 19th, 1931.]

*Mr. Edward T. Moore,* for the respondent.

*Messrs. Ward & McGinnis,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *106 N. J. Eq. 532.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ.   14.

*For reversal*—None.